■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL W. WARREN, on Behalf of OWEN HIGHTOWER, Petitioner, v COMMISSIONER, NEW YORK CITY DEPARTMENT OF CORRECTIONS, Respondent. [939 NYS2d 717]—Writ of habeas corpus in the nature of an application to set bail upon Queens County indictment No. 1901/11.

Adjudged that the writ is sustained, without costs or disbursements, to the extent that bail on Queens County indictment No. 1901/11 is set in the sum of $500,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the sum of $500,000 as a cash bail alternative, and on the following conditions: (1) the defendant shall surrender his passport to the District Attorney of Queens County, and (2)

the defendant shall remain within the State of New York. Mastro, A.P.J., Hall, Lott and Sgroi, JJ., concur.